**AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT**

I, Peter J. Mauro, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, Akron Resident Agency, being duly sworn, depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.      I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2.      I have been employed by the FBI as a Special Agent since August of 2009 and I am currently assigned to the Cleveland division, Akron Resident Agency. I oversee the Cleveland Division Child Exploitation Task Force for the counties of Summit, Portage and Medina. I have been assigned to, and participated in, investigations in the area of general criminal matters, specializing in Crimes Against Children and crimes involving the internet. I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, service of subpoenas, cooperating witnesses, confidential human sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and the execution of search and arrest warrants. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations. I am an FBI certified Computer Analysis Response Team (CART) Technician, and an FBI Digital Extraction Technician (DExT). I am the Senior Team Leader of the Cleveland Division's Evidence Response Team (ERT) specializing in advanced evidence collection techniques including but not limited to trace

–1–

evidence, DNA, digital evidence, bullet trajectory, post-blast, etc. Prior to the FBI, I enlisted in the United States Air Force where I attained the rank of Staff Sergeant. I hold an associate's degree in criminal justice, a bachelor's degree in psychology, and a master's degree in criminal justice.

3.      Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses involving children. These crimes resulted in subsequent convictions in Federal Courts.

4.      This affidavit is being submitted for the limited purpose of establishing probable cause to Scott Wendell Bognar (hereafter referred to as "Bognar"), date of birth August XX, 1967 (redacted) has received, possessed, and distributed child pornography, in violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252A(a)(5)(B).

5.      The statements in this affidavit are based in part on information and evidence provided by sworn FBI Agents and Task Force Officers, Analysis of law enforcement databases, evidence obtained in federal criminal investigations, written reports about this case, National Center for Missing and Exploited Children (NCMEC) CyberTip reports CT229324629, CT229328268, CT229328615, CT229329162, CT229329664, CT229330093, CT229330727, CT229331509, CT229381372, CT229405720, CT229678568, CT229937124, CT230383394, CT230393672, CT2304344484, CT230444247, CT230454461, CT230645100, and CT230695948, examination of records from commercial and FBI databases, administrative subpoenas, FBI physical surveillance, an interview of Bognar's property manager, child pornography downloaded from Bognar's IP address by a sworn law enforcement officer in the state of Ohio, and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every

–2–

fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6.      In or about February 2023, I opened "Operation Scattered Showers" from the Federal Bureau of Investigation (FBI) Cleveland Division, Akron Resident Agency, to identify Peer-to-Peer File sharing users in the Ohio counties of Portage, Summit, and Medina engaged in the receipt, possession, and distribution of child sexual abuse material (CSAM).

7.      In or about January 2026 while running investigative queries in a law enforcement service[1], I identified Internet Protocol address 108.73.111.18, actively participating on BitTorrent offering parts of files known[2] to be CSAM. Specifically, from on or about May 19, 2025 at 15:40UTC through on or about January 11, 2026 at 14:53UTC IP address 108.73.111.18 offered 7,200 files of interest, of which, 3,053 were Project Vic Category 1 files, which are deemed as CSAM. The batch also contained 1,198 files that were determined to contain sadomasochism.

8.      A review of info hash cbcbe160116a5afdbd91bef955199794a3d9be2d, a torrent that Bogar was offering on or about January 4, 2026 described by another law enforcement investigator as, "videos and images of females genitals ages 3-10 years old. Images of female children performing fellatio on adult men" (sic).

9.      The oldest observations from IP address 108.73.111.18 were from on or about May 19, 2025 at 01:34UTC via BitTorrent.

---

[1] It should be noted that the law enforcement service described herein does not provide me with the actual CSAM media to review. It simply provides SHA1/MD5 hash values of the previously identified CSAM files and torrents, summaries of the files and torrents, and the file names along with technical data regarding when the files were offered to other P2P users by the target, and when that conduct occurred. The descriptions are law enforcement officer descriptions of CSAM that share the same SHA1/MD5 value as those received, downloaded, and offered by 108.73.111.18 on BitTorrent.
[2] Known CSAM are files that have MD5 or SHA1 hash matches to files that an investigator has previously determined to be CSAM. A hash is a digital fingerprint that is unique to each file on any computer.

10.     The most recent observations from address 108.73.111.18 were from on or about January 11, 2026 at 14:53UTC via BitTorrent.

11.     On or about January 5, 2026, the FBI served an administrative subpoena to AT&T, the company that services IP address 108.73.111.18 for the periods of inclusive conduct. On or about January 6, 2026, AT&T responded with the following subscriber information:

**IP 108.73.111.18:**

**Subscriber Name:** Scott Bognar
**Address:** 1046 Rocky Brook Dr. Apt C, Akron, Ohio 44313-8347
**Telephone:** (330) 396-3483
**Email:** zillapig67@gmail.com

12.     On or about April 30, 2026, Trooper Justin G. Craig, of the Ohio State Highway Patrol, assigned to the United States Secret Service Electronic Crimes Task Force, Toledo, Ohio sent an encrypted link of a derivative copy of evidence obtained from IP address 108.73.111.18 via BitTorrent. Trooper Craig utilized a law enforcement tool on BitTorrent to selectively download the enclosed files directly from, and only from IP address 108.73.111.18. In total, the direct download contained four files of CSAM. Of the four files, all were videos. Below is a description of the evidence.

13.     A five minute, 48 second color video titled, "000886.AVI" that depicts an approximately one-year-old female toddler sitting on a couch with a pacifier in her mouth. Sitting next to the girl is a laptop playing a video of child sexual abuse material where an approximately six-year-old prepubescent girl is performing fellatio on an adult male's erect penis. The video pans away from the laptop screen and focuses on the toddler. An adult male removes the girl's pants which expose the toddler wearing a diaper. The man removes the diaper and spreads the girl's vulva with his fingers exposing her vagina. The man the rubs the girl's genitals and digitally penetrates the girl. The man then puts his erect penis

–4–

into her vagina and has sex with her. As the man ejaculates, and pulls his penis from the girl and ejaculates onto the floor. The file has MD5 hash value: A75749835C7AA909FB40927566617EB7.

14. A 27 minute, 18 second color video titled, "000820.avi" which is a compilation video of three people in different settings. The first is an adult male, the second is a pubescent teen girl approximately 15-years-old, the third is a prepubescent girl approximately six-years-old. In one of the segments, the three of them take a bath together. The man forces the prepubescent girl to perform fellatio on him. Then, he performs cunnilingus on the prepubescent girl, while the pubescent girl manually stimulates him. In another segment, the prepubescent girl performs fellatio on the man. The file has MD5 hash value: 97026F7F513DB48B06962E2B30F38074.

15. The remaining files of CSAM are similar in likeness and kind to those described herein.

16. On or about April 10, 2026, Akron Police Department (APD) Detective Sergeant Jeffrey P. Smith, #1292, notified the writer that Bognar was the subject of 19 CyberTip reports from Google, that were under investigation by APD. The CyberTips were reviewed. All of the CyberTip reports are from between on or about February 3, 2026 and on or about February 25, 2026. All of the CyberTips are from Google regarding Bognar.

17. Of particular note, the name, mobile number, date of birth, IP address of The Premises, and email address of offender provided in each of the CyberTips match that of Bognar.  I know based on Bognar's Ohio Driver's license that his date of birth is August XX, 1967 [redacted]. Each of the CyberTips indicate that the user's date of birth is August XX, 1967 [redacted], which is a match to Bognar's actual date of birth. As noted above in paragraph 11, the phone number and email address from the CyberTip are subscribed to Bognar.

–5–

18.     For one example, in CT229324629, Bognar logged in to zillapig67@gmail.com, his Google Cloud account,  from the IP address 108.73.111.18, the IP address at his residence, on February 1, 2026 at 10;19:40UTC. This is just one example of multiple logins from The Premises IP address to Bognar's Google account where CSAM was transported and stored.

19.     A review of the CSAM of the CyberTips identified 669 files of CSAM. Of the 669 files of CSAM, 640 were unique. 29 Files were duplicates of others. Of the 640 unique files, 506 were images and 134 were videos. Of the 134 videos, 28 were between 10 and 30 minutes in length and four were between 30 and 60 minutes in length. Additionally, there were a number of files of Child Exploitation Material[3].

20.     A representative sample of the CyberTip CSAM is:

21.     A color image titled, "1bf0868b8ae1a1dcf90deb72fbede0ee.jpg" depicts an approximately six month old female baby naked on a bare mattress. The baby is holding a formula bottle. An adult hand his holding the baby's right foot in their left hand, exposing the baby's vulva and anus to the camera. The file has MD5 hash value: 1BF0868B8AE1A1DCF90DEB72FBEDE0EE. In another image depicting the same victim and offender titled, "2cccb88da712d3ac08dc8c7fbd8ee781.jpg" the hand is spreading the vulva of the baby open exposing the vagina. The file has MD5 hash value: 2CCCB88DA712D3AC08DC8C7FBD8EE781.

22.     A 16 minute, 24 second color video titled, "8cd37e35492ab01b3da939505c402977.mp4" depicts an approximately six-year-old prepubescent girl kneeling naked on her hands and knees while two naked adult men assault her. First the men digitally penetrate the girl's vagina and anus with their

---

[3] Child Exploitation Material is defined as material that is either "age difficult" or is exploitative in nature but may not meet the definition of child pornography as defined in Title 18 section 2256.

fingers, then take turns having vaginal and anal sex with the girl using their penises. The file has MD5 hash value: 8CD37E35492AB01B3DA939505C402977.

23. The remaining files were similar in likeness and kind to those described above.

24.

25. On or about May 29, 2026 Agents and Task Force Officers of the FBI's Akron Resident Agency as well as officers from the Akron Police Department executed federal search warrants on Bognar's person, residence, and vehicle. Contemporaneous to the execution of those federal search warrants, I interviewed Bognar. He told me that he has been consuming child pornography since 2006, most recently about one month prior. He mainly uses an identified smartphone application and BitTorrent to receive it. Bognar told me he understood that by using BitTorrent he was also sharing his media files, including child pornography with others. Bognar indicated that his age preference was 10 to 11 year old girls, and preferred them masturbating and undressing. He does possess and watched child pornography that depicts adult men having penetrative sex with children, and some of the media depicts children as young as four or five years old.

26. Bognar admitted to masturbating and receiving sexual gratification from child pornography. Bognar consented to another interview at the Akron FBI office. Bognar admitted to digitally penetrating and performing cunnilingus on a between five- and seven-year-old, identified girl between approximately 1997 and 2001 in the city of Akron. Bognar indicated that the hands-on sexual contact occurred on four separate occasions. Bognar provided the address of where the conduct occurred, details surrounding the abuse, and how he accessed the identified minor victim. Bognar traced his hand on a piece of paper, and marked on the drawing how far he put his finger inside the minor

victim on his second occurrence of abuse. Bognar signed the line indicating the depth of the penetration.

I redacted the minor victim's name.



27.     Bognar also admitted to trying to sexually abuse another identified minor victim when she was sleeping on his couch years ago, but her pants were too tight and worried that he might wake her up.

28.     Finally, Bognar admitted to being naked with an identified naked two-year-old boy on his lap approximately 22 years ago. Bognar admitted to becoming partially erect by bouncing the naked boy on his knee. He then manually stimulated the boy's penis with his hand and performed oral sex on the boy.

29.     Bognar was asked, if given the opportunity today to sexually abuse a nine year old girl, would he do it? To which Bognar replied, "yea, yes I would, I am an ass, so yes."

30.     During the execution of the search warrant of his residence, a number of electronic devices were seized.  A preliminary review was conducted on one of the digital items. Here is an example of one of the hundreds of files of CSAM that were discovered:  File titled, "Must.get.fucking.8yo.new.2013.PTHC_HQ_.vol16.CUT" is an approximately 8 minute and 28 second color video. The video depicts an approximately eight-year-old female completed nude. During the video an unidentified adult male can be seen inserting his erect penis into her mouth and penetrating her vagina with his erect penis.

31.     The activity described above occurred in Summit County, located in the Northern District of Ohio, Eastern Division.

**CONCLUSION**

32.     Based on the above information, probable cause exists that Scott Wendell Bognar has violated 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT

Peter J. Mauro, Special Agent
Federal Bureau of Investigation
Akron, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 16 day of May 29, 2026 in Akron, Ohio.

Carmen Henderson
United States Magistrate Judge

−10−